[No. 14121-3-II.   Division Two.   March 11, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL L. BLACK, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 90-1-00014-0, Joel M. Penoyar, J., entered July 20, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, A.C.J., and Alexander, J.

[Nos. 10270-0-III; 10830-9-III.   Division Three.   March 12, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. SUSAN KROLL, *Appellant*.

Appeals from judgments of the Superior Court for Asotin County, No. 89-1-00052-2, John M. Lyden, J., entered August 30, 1989, and May 22, 1990. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Munson, J., and Green, J. Pro Tem.

[No. 13206-1-II.   Division Two.   March 12, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY BIGGS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 88-1-00302-8, David E. Foscue, J., entered September 18, 1989. *Reversed* by unpublished opinion per Alexander, J., concurred in by Morgan, A.C.J., and Worswick, J. Pro Tem.